IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| | : | |
| DENNIS NICHOLAS | : | CRIMINAL NO.10-631-4 |

O R D E R

AND NOW, this 22nd day of October, 2012 it is hereby ORDERED that the Defendant's Request to Continue Sentencing is GRANTED. The sentencing in this matter is continued to Wednesday, November 28, 2012 at 4:00 P.M. in courtroom 6-A, Federal Courthouse, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.